Joseph P. Rosenfeld, complainant-appellant,

*v.*

Roebling Coal Co., Inc., a corporation of New York, et al., defendants-respondents.

[Submitted February term, 1939. Decided April 21st, 1939.]

*Mr. Abraham M. Herman,* for the complainant-appellant.

*Mr. Charles C. Pilgrim,* for the defendants-respondents.

Per Curiam.

We have carefully examined the record and the arguments of counsel in this cause. The conclusion of the learned vice-chancellor, who dismissed the complainant's bill seeking a receiver for the defendant company, was in all respects proper, because the bill lacked proofs and was insufficient.

The decree of dismissal is, therefore, affirmed.

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 14.

*For reversal*—None.